**Order entered April 7, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00178-CV

## IN RE ATKINS BROS. EQUIPMENT CO., INC. AND RICKEY JOE HOOPER, Relators

**Original Proceeding from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-18-01224-C**

## ORDER
Before Justices Bridges, Osborne, and Reichek

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus, and **LIFT** our stay of the June 30, 2020 trial setting.

/s/    DAVID L. BRIDGES
       JUSTICE